# U.S. District Court
# Northern District of Alabama (Western)
# CIVIL DOCKET FOR CASE #: 7:06–cv–03562–LSC

Caviness v. Dolgencorp, Inc. et al  
Assigned to: Judge L Scott Coogler  
Cause: 29:201 Fair Labor Standards Act

Date Filed: 11/03/2006  
Date Terminated: 03/30/2010  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question

**Plaintiff**

**Bobby Caviness**      represented by    **J Allen Schreiber**
SCHREIBER &PETRO PC
301 19th Street N, Suite 580
Birmingham, AL 35203
205–871–5080
Fax: 205–879–6960
Email: allen@sppclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jere L Beasley**
BEASLEY ALLEN CROW METHVIN PORTIS &MILES PC
PO Box 4160
Montgomery, AL 36103–4160
1–334–269–2343
Fax: 334–954–7555
Email: jere.beasley@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**P Mark Petro**
SCHREIBER &PETRO PC
301 19th Street N, Suite 580
Birmingham, AL 35203
205–871–5080
Fax: 205–879–6960
Email: ppetro@sppclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roman A Shaul**
BEASLEY ALLEN CROW METHVIN PORTIS &MILES PC
PO Box 4160
Montgomery, AL 36103–4160
1–334–269–2343
Email: roman.shaul@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                        **W Daniel Miles , III**  
BEASLEY ALLEN CROW METHVIN PORTIS &MILES PC  
P O Box 4160  
Montgomery, AL 36103−4160  
334−269−2343  
Fax: 334−954−7555  
Email: dee.miles@beasleyallen.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dolgencorp, Inc.**      represented by      **J Trent Scofield**  
OGLETREE DEAKINS NASH SMOAK &STEWART PC  
One Federal Place, Suite 1000  
1819 5th Avenue, North  
Birmingham, AL 35203  
205−328−1900  
Fax: 205−328−6000  
Email: trent.scofield@odnss.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joel S Allen**  
MORGAN LEWIS &BOCKIUS LLP  
1717 Main Street, Suite 3200  
Dallas, TX 75201  
214−466−4106  
Fax: 214−466−4001  
Email: joel.allen@morganlewis.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Keith D Frazier**  
OGLETREE DEAKINS NASH SMOAK &STEWART PC  
SunTrust Plaza  
401 Commerce Street, Suite 1200  
Nashville, TN 37219  
615−254−1900  
Fax: 615−254−1908  
Email: keith.frazier@odnss.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Melissa M Hensley**  
MORGAN LEWIS &BOCKIUS LLP  
1717 Main Street, Suite 3200  
Dallas, TX 75201  
214−466−4130

Fax: 214−466−4001
Email: melissa.hensley@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald E Manthey**
MORGAN LEWIS &BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
214−466−4111
Fax: 214−466−4001
Email: ron.manthey@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dollar General Partners** represented by **J Trent Scofield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel S Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith D Frazier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa M Hensley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald E Manthey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dolgencorp of New York, Inc.** represented by **J Trent Scofield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel S Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith D Frazier**

(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Melissa M Hensley**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Ronald E Manthey**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dolgencorp of Texas, Inc.**　　　　represented by　**J Trent Scofield**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joel S Allen**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Keith D Frazier**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Melissa M Hensley**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Ronald E Manthey**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2006 | Ï 1 | ORDER granting in part 23 dft's motion for severance and separate trials filed by Dolgencorp, Inc., withholding ruling on the remaining plas' cases; Clerk is directed to sever the causes of the plas listed in the table (non−Alabama plaintiffs) attached to this order; Clerk is to electronically copy the complaint and answer filed in case number CV−06−LSC−1538−W to the docket of the severed cases; plas to pay the filing fees for each of the severed cases by 12/5/06, failure to pay filing fee will result in dismissal w/prej; cases are to be directly assigned to the undersigned; all of the above severed cases shall be consolidated for discovery purposes under case CV−06−LSC−1538−W. Signed by Judge L Scott Coogler on 11/3/2006. (Attachments: # 1 non−Alabama by jurisdiction)(BST) (Entered: 11/06/2006) |

| 11/03/2006 | Ï 2 | COMPLAINT against Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Dolgencorp, Inc., filed by Plaintiff. (Attachments: # 1 Exhibit A) (deemed filed 8/7/06 in CV–06–LSC–1538–W)(BST) (Entered: 11/06/2006) |
|---|---|---|
| 11/03/2006 | Ï 3 | FIRST AMENDED COMPLAINT against Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Dolgencorp, Inc., filed by Plaintiff. (Attachments: # 1 Exhibit A) (deemed filed 8/9/06 in CV–06–CO–1538–S)(BST) (Entered: 11/06/2006) |
| 11/03/2006 | Ï 4 | SECOND AMENDED COMPLAINT against Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Dolgencorp, Inc., filed by Plaintiff. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (deemed filed 9/5/06 in CV–06–LSC–1538–W) (BST) (Entered: 11/06/2006) |
| 11/03/2006 | Ï 5 | ANSWER to First Amended Complaint by Dolgencorp, Inc. (deemed filed 9/5/06 in CV–06–LSC–1538–W)(BST) (Entered: 11/06/2006) |
| 11/03/2006 | Ï 6 | ANSWER to Second Amended Complaint by Dolgencorp, Inc. (deemed filed 9/19/06 in CV–06–LSC–1538–W)(BST) (Entered: 11/06/2006) |
| 12/05/2006 | Ï | Filing fee: $ 350, receipt number 200 231881 (autouser, ) (Entered: 12/14/2006) |
| 03/30/2010 | Ï 7 | ORDER transferring case to the Middle District of North Carolina; original electronic record will be sent to Clerk of Court 10 business days from this date; Signed by Judge L Scott Coogler on 3/30/2010. (CAG, ) (Entered: 03/30/2010) |