IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BOBBY CAVINESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:10-cv-00321 |
| ) | |
| DOLGENCORP, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The matter is before the court on the Stipulation of Dismissal without Prejudice ("Stipulation") filed by Plaintiff Bobby Caviness and Defendant Dolgencorp, Inc. (Doc. 31.)

Based on the representations to the court, the agreement between the Plaintiff and the Defendant, and for good cause shown,

IT IS ORDERED that the Stipulation is allowed and this action is DISMISSED WITHOUT PREJUDICE.

                                        /s/   Thomas D. Schroeder
                                United States District Judge

August 15, 2011